

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR REHEARING

Appellate case name:     Jose Antonio Garcia v. The State of Texas

Appellate case number:   01-15-00030-CR

Trial court case number: 13-10-10886-CR

Trial court:             9th District Court Montgomery County, Texas

Date motion filed:       December 15, 2016

　　　The motion for rehearing is **DENIED.**

Judge's signature: /s/ Michael Massengale
　　　　　　　　　Justice Michael Massengale, acting for the panel

Panel consists of Justices Bland, Massengale, and Lloyd

Date: January 24, 2017